AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

**FILED**

Mar 10, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Aisha Hoggatt | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |

Case No. 2:22-mj-0038 JDP

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____October 2019 - Present____ in the county of ____Sacramento____ in the ____Eastern____ District of ____California____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 922(a)(1)(A) | Conspiracy to Unlawfully Deal in Firearms |
| 18 U.S.C. § 922(a)(1)(A) | Unlawfully Dealing in Firearms |
| 18 U.S.C. § 922(a)(5) | Transferring a Firearm to an Out-of-State Resident |
| 18 U.S.C. § 1715 | Unlawful Mailing of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit of Mark Giacomantonio

☑ Continued on the attached sheet.

_____/s/ Mark Giacomantonio_____
*Complainant's signature*

____Mark Giacomantonio, ATF Special Agent____
*Printed name and title*

Sworn to before me telephonically.

Date: ____03/10/2022____

_____
*Judge's signature*

City and state: ____Sacramento, California____

____United States Magistrate Judge Jeremy D. Peterson____
*Printed name and title*

## AFFIDAVIT OF ATF SPECIAL AGENT MARK GIACOMANTONIO

I, ATF Special Agent Mark Giacomantonio, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrants and a criminal complaints for:

   **a. Jerrell Lawson**

   **b. Malek Williams**

   **c. Aisha Hoggatt**

   **d. Terrence Phillips**

   **e. James Gordley**

   COUNT ONE:        Conspiracy to Unlawfully Deal in Firearms, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 922(a)(1)(A).

   COUNT TWO:        Unlawfully Dealing in Firearms, in violation of 18 U.S.C. § 922(a)(1)(A).

   COUNT THREE:      Transferring a Firearm to an Out-of-State Resident, in violation of 18 U.S.C. § 922(a)(5).

   COUNT FOUR:       Unlawful Mailing of a Firearm, in violation of 18 U.S.C. § 1715.

## BACKGROUND AND EXPERTISE

2. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  I have been an ATF Special Agent since March 2017.  Prior to working for ATF, I was employed as a Special Agent with the United States Environmental Protection Agency-

1

Criminal Investigation Division (EPA-CID) for over five years.  I have received training in federal firearms laws and regulations at the ATF National Academy, and additional federal law enforcement training at the Federal Law Enforcement Training Center Criminal Investigator Training Program.  I have previously received training in federal environmental criminal laws and regulations and investigated federal environmental criminal violations and other white-collar criminal investigations while with EPA-CID.  I have investigated cases involving federal firearms violations, involving unlawful sales, possession, manufacturing, and transportation of firearms.  I have participated in a variety of different investigative aspects while conducting investigations with ATF and EPA-CID, including surveillance, undercover operations to conduct controlled purchases of firearms, interviewing suspects, and the execution of search and arrest warrants.

3.  I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

4.  Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested warrants, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

5.  This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

### *Lawson operates a firearms trafficking organization.*

6.  Jerrell Lawson is a California resident.  Lawson uses websites to coordinate the purchase of firearms in Georgia.  Malek Williams is a Georgia resident.

2

Williams conducts hand-to-hand gun transactions in Georgia that Lawson sets up on the internet.  Williams then mails the firearms to locations in California at the direction of Lawson.  Phillips and Gordley receive firearms in California and act as sub-distributors of the firearms.  Hoggatt works with Lawson to coordinate the purchase, mailing, and sub-distribution of firearms. During a two-year period between November 2019 and October 2021, the Lawson Firearms Trafficking Organization ("Lawson FTO") purchased over 500 firearms for over $162,000.  Based on this investigation, I believe that each of those firearms was purchased in Georgia, mailed to California, and then unlawful sold onto the black market in California.

7.  Lawson is a felon and prohibited from possessing any firearms.  Similarly, Phillips and Gordley are felons and prohibited from possessing firearms. Williams, on the other hand, does not have any felon convictions and in fact has a license to carry a concealed firearm.  Accordingly, Williams is an essential part of the scheme to convince unwitting Georgia residents to conduct private-party firearms transactions.

8.  ATF records demonstrate that Lawson, Williams, Phillips, Gordley, and Hoggatt do not have, nor have they ever had, a federal firearms license. Accordingly, it is unlawful for any of them to purchase a firearm outside their state of residence or ship a firearm through the mail.

***Shoot-out in Sacramento leads investigators to the main website used to divert firearms from Georgia to the California black market.***

9.  On December 5, 2020, Sacramento Police Department (SPD) officers responded to reports of a shooting at 6800 Fruitridge Road.  SPD officers subsequently recovered approximately 111 spent cartridge casings at the location.  Three people were shot during the incident.  During a subsequent search of a car used to transport one of the victims to the hospital, SPD officers recovered a Glock, model 26, 9mm pistol bearing serial number BMXV497.

10. ATF traced the Glock pistol back to the last known sale by a federally licensed firearms dealer ("FFL").  The last reported sale by an FFL was on June 15, 2020.  On that date, a person named Kale Ronig bought the gun from Pawn Express of Newnan Inc., 93 Temple Ave in Newnan, Georgia.

11. ATF agents interviewed Ronig.  Ronig told agents that he had sold the Glock pistol to an unidentified buyer for $500 in Union City, Georgia on October 8, 2020.  Ronig said he used the website TheOutdoorsTrader.com to sell the firearm.  The Outdoors Trader appears to be a Georgia-centric classified advertisements website where individuals can, among other things, buy, sell, and trade firearms and ammunition.

12. Ronig posted the firearm for sale on The Outdoors Trader on October 7, 2020. According to Ronig, on October 7, 2020, the buyer, who used the username "Jay223" on The Outdoors Trader, messaged Ronig.  "Jay223's" message indicated he had cash to purchase the firearm, possessed a Georgia concealed carry weapon permit, and was located in Kennesaw, Georgia.  Ronig explained that after communicating with the buyer on The Outdoors Trader, the buyer provided phone number 404-981-2821 to Ronig and sent messages to Ronig to coordinate a time and location to meet for the firearm transaction. The buyer also sent Ronig a message that identified his vehicle as a black Toyota Corolla.  Ronig described the buyer as "a short, hefty, black male with dreads" who drove a newer model four door passenger vehicle, which was a different vehicle than the buyer had previously identified.  According to Ronig, they buyer provided him with his Georgia concealed carry permit.

**_Investigators determine a person based in California is setting up the deals and a person based in Georgia is conducting the deals._**

13. On March 30, 2021, the Honorable Kendall J. Newman of the Eastern District of California issued a federal search warrant (2:21-SW-0253-KJN) for the account "Jay223 on The Outdoors Trader.  Pursuant to the search warrant, I reviewed the content of messages sent to and from "Jay223" and IP address information.  These messages showed that "Jay223" was accessing the Outdoors Trader from IP addresses assigned to internet service providers in California to arrange to buy firearms in Georgia.

14. I reviewed subscriber information for "Jay223" from The Outdoors Trader. This information revealed the email address "jthruj@gmail.com" was associated with "Jay223", with a registration date of October 11, 2019, and it provided IP address information for each time the "Jay223" account was used from October 2020 to February 2021.

15. This IP address information suggested that the "Jay223" account is primarily used in California, although reviews indicate the user of the "Jay223" account makes firearm purchases in Georgia. For instance, IP address logins for "Jay223" showed that out of the approximately 1,000 logins from October 26, 2020, to February 26, 2021, "Jay223" accessed The Outdoors Trader from IP addresses assigned to internet service providers in California for approximately 732 of those logins, 589 of which were specifically at IP addresses assigned to internet service providers in Sacramento, California.

16. Numerous transactions followed this same pattern: "Jay223" accessed the Outdoors Trader from IP addresses assigned to internet service providers in California, arranged to purchase firearms sold in Georgia, and provided phone number 404-981-2821 to the sellers for them to contact him and complete the transaction.

17. For instance, on February 19, 2021, "Jay223" agreed to purchase a Glock, model 35, .40 caliber pistol posted by "jojooutlaw" for sale or trade for $575. Their private messages showed that "Jay223" sent all of his messages from the same IP address. During the timeframe the messages were sent, this IP address was assigned to the following Comcast subscriber: James Gordley at 5416 Jackson St, Apt. 88, North Highlands, California ("Gordley's Residence). "jojooutlaw" sent all his/her message from IP addresses assigned to internet service providers in Georgia. Later that same day, "jojooutlaw" posted a review of "Jay223" from an IP address assigned to an internet service provider in Atlanta, Georgia. Approximately three minutes after "jojooutlaw" posted his/her review, "Jay223" posted a review of "jojooutlaw" from the same IP address associated with Gordley's Residence. I reviewed additional IP addresses associated with "Jay223's"s activity on The Outdoors Trader. Furthermore, "Jay223" posted six reviews of The Outdoors Trader users from February 19-23, 2021. For each of the six reviews, "Jay223" used an IP address subscribed to Gordley's residence.

18. Similarly, I reviewed a string of messages between "Jay223" and "damnyank" that occurred from March 30-31, 2021. In these messages, "Jay223" agreed to purchase "damnyank's" Glock, model 45, 9mm caliber pistol for $650 and provided "damnyank" with the 404-981-2821. "Jay223" sent each of his messages from the same IP address. During the timeframe the messages were sent, this IP address was assigned to the following subscriber: Gordley and Gordley's residence and "damnyank" sent each of his/her messages from

IP addresses assigned to internet service providers in Georgia.  On March 31, 2021, "damnyank" posted a review of "Jay223" from an IP address assigned to an internet service provider in Georgia.  The next day (April 1, 2021), "Jay223" posted a review of "damnyank" from the same IP address subscribed to Gordley's residence.

19. In short, these reviews and IP address logins show a repeated pattern of an individual in California using "Jay223" to locate and arrange for the purchase of firearms in Georgia.

20. Phone number 404-981-2821 is associated with a Google Voice account. Google Voice is a voice-over-internet-protocol phone service that allows users to make and receive phone calls and text messages via the internet.  Google Voice allows users to select an available phone number and use the phone number as if the person had a traditional telephone.  Google Voice allows user to forward their Google Voice calls and texts to a cellular telephone, effectively allowing the Google Voice user to use multiple telephone numbers with one cellular telephone handset.  Google Voice users need not actually have a cellular telephone or landline and can instead use the internet for all Google Voice activity.  At the same time, however, because Google Voice allows users to select a phone number to associate with their account, the Google Voice user appears to have a traditional telephone number.  Google Voice allows users to select any area code, irrespective of where the person actually is physically located. The 404 area code is historically assigned to phone numbers in the region around Atlanta, Georgia.

21. On April 13, 2021, the Honorable Kendall J. Newman issued a search warrant (2:21-SW-0305-KJN) for the Google Voice account associated with telephone number 404-981-2821, the number repeatedly used by "Jay223" to arrange for the purchase of firearms in Georgia through The Outdoors Trader.  I reviewed subscriber information for the Google Voice telephone number 404-981-2821.  The user of the Google Voice account had associated the Google Voice account with cellular telephone number 213-479-5783.  I know based on my investigation, that the 213 phone number is assigned to a cellular telephone used by Jerrelle Lawson.  Accordingly, I believe that Lawson is the user of the Google Voice account for 404-981-2821 and that Lawson used the Google Voice account to negotiate firearms transactions in Georgia to make it appear that Lawson was a Georgia resident

22. To date, the "Jay223" account and the Google Voice telephone number have been used to purchase approximately 520 firearms totaling at least $162,000, in numerous transactions with sellers on The Outdoors Trader and other online platforms from November 2019 through October 19, 2021.

23. The list of approximately 520 firearms agreed to purchase by the Lawson FTO includes 50 Glock, model 19, 9mm caliber pistols and 42 Glock, model 22, .40 caliber pistols.  These Glock pistols are widely available and are commonly offered for sale in commerce and are less likely to be viewed as "collectible."  Based on what I have learned in my training, experience, and by talking to agents with more experience, purchasing several of the same make, model and caliber of firearm would make sense to resale, not for sporting or collecting.

24. Further, the Lawson FTO's use of private-party transactions, in which the "Jay223" account sought and arranged to purchase firearms via The Outdoors Trader, then communicated with sellers using the Google Voice number, served as a mechanism for the Lawson FTO to acquire firearms while not being physically located in Georgia.  As a private-party transaction, the buyer is not required to fill out an ATF Form 4473, Firearms Transaction Record ("ATF Form 4473").  An ATF Form 4473 is a form that is completed and maintained by all federal firearms licensees to document the transfer of a firearm to an unlicensed individual.  The form is completed by both the FFL and the purchaser.  This form contains full identifying information concerning the purchaser, firearm, date of transfer and FFL number.  The primary purpose of the ATF Form 4473 is to determine the eligibility of the purchaser to legally acquire and possess firearms.

25. Based on my training, my experience, and conversations with other law enforcement officers, I know that firearms traffickers may use private party transactions a way to acquire firearms that they may otherwise be unable to acquire.  For example, an individual who is lawfully prohibited from possessing firearms pursuant to 18 U.S.C. § 922(g) or an individual who does not reside in the same state as the seller of the firearm, may use private party transactions as a way to acquire firearms.  This is because private party transactions do not require the mandatory eligibility checks documented on the ATF Form 4473 that would disqualify that individual from purchasing the firearm, if they were to attempt to purchase the firearm from an FFL.

***Interdicted mail parcels show that the Lawson FTO uses the United States Mail to ships guns from Georgia to California.***

26. On September 15, 2021, Postal Inspectors interdicted a parcel containing three Glock pistols. The parcel was addressed to: "J. Williams 34888 11th street Union City CA 94587 Apt 634." The return address label on the parcel was from "Artois Automotive LLC 1544 Welburn Rd Lithonia GA 30058."

   a. According to postal records, during 2021, Terrence Phillips received prior parcels at 34888 11th Street, Apt. 634, Union City, CA 94587 in 2021. From September 16, 2020-September 15, 2021, this address received a total of seven parcels. Each parcel weighed between 4.625 pounds to 6.0625 pounds, was paid for in cash and sent via USPS Priority Mail from post offices in the Atlanta, Georgia area. Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms

   b. In June 2021, Phillips called the Postal Service's Customer Call Center regarding a parcel addressed to him at 34888 11th Street. During this call, Phillips identified himself as "Terrence."

27. I reviewed firearm trace information for the three recovered firearms. All three firearms were initially purchased from federal firearms licensees in Georgia. Further, I queried Accurint for the return address, "Artois Automotive LLC 1544 Welburn Rd Lithonia GA 30058". This search returned negative results. I am aware based on my training, my experience and conversations with other law enforcement officers that persons who traffic in firearms and other illicit contraband via the US Mail often will utilize fictitious sender names and addresses, including fictitious businesses, in an effort to conceal the true identity of the sender of such parcels and to remain anonymous to law enforcement.

28. The following day, September 16, 2021, Phillips used his cell phone (510-561-7326) to contact the Postal Service's Customer Call Center. Phillips inquired about the whereabouts of the parcel. The Customer Call Center logged

Phillip's cell phone number as the caller's telephone number at the time of the call. During the recorded call, the customer, who identified himself as "Jay Williams," verified the tracking number and recipient address on the parcel. The caller advised he was the intended recipient of the parcel and provided the best call back number as Phillip's phone number. The caller identified the contents of the parcel as parts for his automotive store. The caller stated it was an expensive part for his car and he did not want them to know exactly what was in the parcel.

29. Telephone toll records indicate that Phillips used his cell phone to communicate with Lawson's cell phone on seven occasions prior to the call to the Customer Call Center. Phillips had three contacts with Lawson the next day, September 17, 2021.

30. In October 2021, Postal Inspector intercepted another firearm shipment. On October 13, 2021, GPS tracking data for Williams's black Toyota Corolla showed that it was in the vicinity of the Redan Post Office in Lithonia, Georgia from approximately 3:41 p.m. EDT to 3:58 p.m. EDT. While Williams's black Toyota Corolla was in the vicinity of the Redan Post Office, USPIS surveillance footage from inside the Redan Post Office showed an individual who matched Williams's physical description mailed a parcel. The return address of this parcel was "ITG Photography, 832 Hambrick Rd, Stone Mountain, GA 30083" and the recipient was listed as "Sean N. 4601 Blackrock dr. Sacramento CA 95835 #APT214.".

    a. Hoggatt is the listed subscriber on the Comcast account providing internet access to 4601 Blackrock Dr, Apt. 214, Sacramento. Lawson was observed by law enforcement on November 18, 2021, and December 3, 2021, in the parking lot and coming and going from the building where 4601 Blackrock Dr, Apt. 214, Sacramento is located.

    b. Postal Inspector Jason Bauwens conducted a search for the return address of the parcel, which was listed as "ITG Photography 832 Hambrick Rd. Stone Mountain GA 30083", using Thomson Reuters CLEAR, along with other open-source internet search engines. The searches confirmed this was not a valid address, as it is a business complex that is missing the business suite from the address. Furthermore, the searches confirmed there is no business named "ITG Photography" associated with any Stone Mountain, Georgia address. I

am aware based on my training, my experience and conversations with other law enforcement officers that persons who traffic in firearms and other illicit contraband via the US Mail often will utilize fictitious sender names and addresses, including fictitious businesses, in an effort to conceal the true identity of the sender of such parcels and to remain anonymous to law enforcement.

c. From June 2021 through July 2021, Williams received three MoneyGram transfers totaling approximately $3,255. In each transaction, the sender identified themselves as "Sean Nutter" with the date of birth December 28, 1980. In two of the three transactions, the sender identified his address as 2201 Arena Blvd, Sacramento, CA 95834. I reviewed Hoggatt's California Driver's License information, which showed her listed address as 2201 Arena Blvd, 3302, Sacramento, CA 95834. All three transfers were sent from the same CVS in Sacramento, California. Further, Williams was the recipient of each transfer and retrieved the money at locations in Georgia. I queried "Sean Nutter" with the date of birth December 28, 1980 and the addresses 2201 Arena Blvd, Sacramento, California and 1929 Delafield Way, Sacramento, California, the two addresses used by "Sean Nutter." These records showed there was no record of a "Sean Nutter" with the date of birth December 28, 1980, at either address. As a result, I believe the Lawson FTO used the name "Sean Nutter" and variations of it, such as "Sean N." to conceal the true identity of the sender of money and the recipient of at least one parcel that contained firearms.

31. I reviewed USPIS shipping records for 4601 Blackrock Dr., Apt. 214, Sacramento, California, which showed that from August 12, through October 2021, this address received a total of seven parcels. Each parcel weighed between 4 pounds to 6.1875 pounds, was paid for in cash and sent via USPS Priority Mail from post offices in the Atlanta, Georgia area. Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms.

32. On October 27, 2021, GPS tracking data for William's black Toyota Corolla showed that it was in the vicinity of the Redan Post Office in Lithonia,

10

Georgia from approximately 3:22 p.m. EDT to 3:43 p.m. EDT.  While
Williams's black Toyota Corolla was in the vicinity of the Redan Post Office,
surveillance footage from inside the Redan Post Office showed an individual
who matched Williams's physical description mailed a parcel.  The parcel had
a return address of Granite Park Brakes, 1471 Richards Rd, Decatur, GA
30032 and an intended recipient of "P. Sahlem 1411 Berrellesa St, Martinez,
CA."  Postal Inspectors subsequently intercepted this parcel, and opened it
pursuant to the search warrant (3:21-MJ-71777-JSC, NDCA).  Postal
Inspectors seized two Glock pistols from inside the parcel.  I reviewed
firearms trace information, which showed one firearm was lawfully
purchased from federal firearms dealer in Georgia and the other firearm was
traced to a federal firearms licensee in Georgia who was a wholesale or retail
dealer that had no record of the firearm's final disposition.

    a.  Inspector Bauwens conducted a search for the recipient address of the
parcel, which was listed as "P. Sahlem 1411 Berrellesa St. Martinez
CA 94553" using Thomson Reuters CLEAR.  The search confirmed this
was a valid address, however no person with the last name "Sahlem"
currently associated with that address.  I am aware based on my
training, my experience and conversations with other law enforcement
officers that persons who traffic in firearms and other illicit
contraband via the US Mail often will utilize fictitious sender names
and addresses, including fictitious businesses, in an effort to conceal
the true identity of the sender of such parcels and to remain
anonymous to law enforcement.

    b.  From March 2020 through April 2020, Williams received
approximately fifteen Western Union transfers and two Wal Mart RIA
transfers, with the total value of approximately $13,515.  In each
Western Union transaction, the sender identified themselves as
"Phillip Sahlem" at the address 520 White Haven Rd, Grand Island,
NY 14072.  In two of the transfers, the sender, "Phillip Sahlem"
identified his date of birth as February 15, 1984.  All seventeen
transfers were sent from locations in Sacramento, Elk Grove or
Vacaville.  Additionally, in fifteen of the transactions, the sender listed
his email as jthruj@gmail.com, the same email used by the "Jay223"
account and the Google Voice number, in fifteen of the transactions.
Williams was the recipient of each transfer and retrieved the money at
locations in Georgia.   I reviewed New York DMV records, which

showed there was no record on file for "Phillip Sahlem" with the date of birth February 15, 1984.   As a result, I believe the Lawson FTO used the name "Phillip Sahlem" and variations of it, such as "P. Sahlem" to conceal the true identity of the sender of money and the recipient of at least one parcel that contained firearms.

c.   I reviewed Postal shipping records for 1411 Berrellesa St, Martinez, which showed that from March 8, 2021, through October 2021, this address received a total of five parcels.   Each parcel weighed between 4.1875 pounds to 5.625 pounds, was paid for in cash, sent via USPS Priority Mail and were sent from post offices in the Atlanta, Georgia area.   Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms.

33. On November 13, 2021, GPS tracking data for Williams's black Toyota Corolla showed it was in the vicinity of the Stone Mountain Post Office in Stone Mountain, Georgia from approximately 1:18 p.m. EDT to 1:34 p.m. EDT.   While Williams's black Toyota Corolla was in the vicinity of the Stone Mountain Post Office, surveillance footage from inside the post office showed an individual who matched William's physical description mailed a parcel. The return address on this parcel was Harbor East Supplies, 2964 Alcove Dr, Scottdale, GA 30079 and the intended recipient of this parcel was "J Leon 927 Pioneer Ave Turlock CA 95380."   Postal Inspectors subsequently interdicted this parcel and opened it pursuant to a federal search warrant (2:21-SW-0871-JDP).   Postal Inspectors seized three Glock firearms and fifteen rounds of 9mm ammunition from inside the parcel.

a.   I reviewed the firearms trace data, which showed that two of the three firearms were initially purchased from federal firearms licensees in Georgia.   The third firearm was purchased from a federal firearms licensee in Texas.

b.   Inspector Bauwens searched the return address of the parcel, "Harbor East Supplies 2964 Alcove Dr. Scottdale GA 30079" in Thomson Reuters Clear, along with other open source internet search engines. Inspector Bauwen's search confirmed it was a valid address but the

searches confirmed there is no business named "Harbor East Supplies" associated with the address or at any other addresses in Scottdale, GA. I am aware based on my training, my experience and conversations with other law enforcement officers that persons who traffic in firearms and other illicit contraband via the US Mail often will utilize fictitious sender names and addresses, including fictitious businesses, in an effort to conceal the true identity of the sender of such parcels and to remain anonymous to law enforcement.

c.  Based on this intercepted parcel and a prior jail call, I believe that the Lawson FTO uses 927 Pioneer Ave, Turlock, CA as an address to receive firearms shipments.  In a recorded jail call on June 18, 2020, Lawson directed Williams to "927…the Pioneer" and that they would "go that way."

d.  I reviewed Postal shipping records for 927 Pioneer Ave, Turlock, California, which showed that from February 25, 2020, through November 2021, this address received a total of eight parcels.  Each parcel weighed between 4.25 pounds to 7.625 pounds, was paid for in cash and sent via USPS Priority Mail from post offices in the Atlanta, Georgia area.  Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms

***Financial records show money moving from California to Georgia to facilitate the purchase of firearms.***

34. Financial records show that Williams received more than $300,000 from various monetary transfers, including wire transfers, money order deposits and Cash App transfers, from March 14, 2020, to October 4, 2021. Specifically, from March 2020 to July 2021, Williams received approximately $38,000 in Western Union transfers from approximately 58 transactions and eight different individuals.  Lawson, Hoggatt, and Gordley were among the eight individuals who sent Williams Western Union transfers.  55 of the 58 Western Union transactions were sent from Western Union locations in California.  Williams received the money in 57 of the 58 transactions from Western Union locations in Georgia.

35. From approximately May 4, 2020, to March 16, 2021, Williams received approximately 138 money orders that were deposited into his Wells Fargo bank account (ending in -2592), totaling more than $70,000. Bank records listed Williams as the sole owner of the Wells Fargo bank account ending in -2592. In addition, Williams received over 300 deposits from Jerrell Lawson.

36. Further, Cash App transactions from Lawson to Williams show a movement of funds which include Hoggatt and Gordley. Cash App is a mobile payment service developed by Block Inc. that allows users to transfer money to one another using a mobile phone app. Once a user downloads Cash App, they can choose a unique username, which the company calls a $cashtag. Additionally, users must enter a phone number or email address. Users can also be located using the phone number or email address tied to their Cash App account. A user can enter their debit card information to link their bank account to their Cash App account. A user may add funds to their Cash App account using a debit card linked to an existing bank account. A user may transfer funds from their Cash App account to their bank account as well. Cash App offers a free Visa-certified debit card, called a Cash Card, that users can request. This debit card can be used at standard brick and mortar retail locations and ATMs to take out cash. Cash Cards have the following limits: $310 per transaction, $1,000 per 24-hour period and $1,000 per 7-day period. Cash App allows for a user to send and receive up to $1,000 within any 30-day period. However, a user can increase those limits by verifying their full name, date of birth and the last four digits of their social security number. A user may verify their Cash App account by uploading a picture of their driver's license. Once an account is verified, the user has a weekly send limit of $7,500, the amount of money a user can send to another user, and an unlimited monthly receiving limit.

   a. I reviewed subscriber records for Lawon's Cash App account. Lawson listed the j.rell12@yahoo.com email address on his Cash App account, username "Cash Cow Cali." In these records, Lawson provided his Alaska identification card, his actual birthday and the last four numbers of his Social Security Number. As part of Cash App's setup, Cash App requires a user to provide a form of government identification, which Cash App then verifies. Based on my review of the records related to Lawson's Cash App account, Cash App acknowledged they verified his form of government identification

b.  I reviewed Cash App records for Gordley's Cash App account.  Gordley
    uses the Cash App handle "Jamal."  Gordley's verified his account by
    providing a picture of his California Driver's license, his actual date of
    birth and his telephone number (323-326-8937).  As part of Cash App's
    setup, Cash App requires a user to provide a form of government
    identification, which Cash App then verifies.  Based on my review of
    the records related to Gordley's Cash App account, Cash App
    acknowledged they verified his form of government identification.

c.  I reviewed Cash App records for Williams's Cash App account.
    Williams uses the Cash App handles "Malek Williams," "Leek500,"
    "Leek Fivehuncho," and "Leek Five."  Williams provided his date of
    birth, last four of his social security number, his cell phone number,
    and his bank account number.  Cash App records indicate that they
    verified his government identification.

d.  I reviewed Cash App records for Hoggatt's Cash App account.  Hoggatt
    uses the Cash App handle "Isha Trine."  Hoggatt provided her birthday
    and current address (4601 Blackrock Dr, Apt. 214, Sacramento,
    California).  Cash App records indicate that they verified her
    government identification.

37. Gordley has used Cash App to pay Lawson in a manner consistent with
    paying Lawson for firearms.  For example, on August 21, 2020, Gordley sent
    Lawson $500 with the subject line "rent" at approximately 11:11 a.m. EDT.
    At approximately 11:14 a.m. EDT, Lawson sent Williams $510 with the
    subject line "rent."  At approximately 12:40 p.m. EDT, Gordley sent Lawson
    $500 with the subject line "rest of rent."  At approximately 12:41 p.m. EDT,
    Lawson sent Williams $915 with the subject line "rent."

a.  At the same time, based on Google Voice records for Lawson's 404-981-
    2821 account, Lawson used The Outdoors Trader to arrange the
    purchase a Glock pistol on August 21, 2021.  Lawson arranged to
    purchase the Glock, model 19, 9mm caliber pistol, at approximately
    11:35 a.m. EDT at the Gold Lot on the corner of Georgia Ave and Hank
    Aaron Dr.  Lawson arranged to purchase the gun from a person using
    the username "Robert Gregory" on The Outdoors Trader.

b. On June 15, 2021, the Sacramento County Sheriff's Office recovered a Glock, model 19, 9mm caliber pistol bearing serial number BCVU324 in Sacramento.  Based on the ATF Form 4473 filled out by the federal firearms licensee who sold the gun, the initial purchaser of the firearm was a person named Robert Gregory.  Robert Gregory purchased the Glock pistol from a federal firearms licensee in Georgia on April 18, 2020.

c. In addition to the Glock, model 19 pistol from Robery Gregory, Lawson also arranged to purchase a Glock, model 26, 9mm caliber pistol and a Glock, model 21, .45 caliber pistol for a total price of $1000 for both firearms, with the transaction scheduled to occur on August 21, 2020, at approximately 1:00 p.m. at the Bass Pro Shop.

d. Based on the timing of the payments from Gordley to Lawson to Williams at the same time that Lawson arranged to purchase firearms on The Outdoor Trader, I believe that Gordley paid Lawson via Cash App for firearms that would be delivered to Gordley.  Lawson then paid Williams via Cash App to conduct the transactions in Georgia and mail the guns to Gordley.

38. A similar transaction occurred on August 26, 2020.  On that date, Gordley sent Lawson $500 with the subject line "deposit" at approximately 3:12 p.m. EDT.  At approximately 3:14 p.m. EDT, Lawson sent Williams $508 with no subject line.  At approximately 4:28 p.m. EDT, Gordley sent Lawson $500 with the subject line "dinner".  Approximately 33 seconds after receiving Gordley's $500 "dinner" transaction, Lawson sent Williams $500 with no subject line.

a. Google Voice records showed that Lawson agreed to purchase the following firearms, with the transactions scheduled to occur on August 26, 2020: a Glock, model 48, 9mm caliber pistol for $600, with the transaction scheduled to occur at approximately 1:30 p.m. EDT at Wal Mart in Conyers, GA; a Glock, model 34, 9mm caliber and a Glock, model 43, 9mm caliber pistol for $1075, with the transaction scheduled to occur at approximately 3:30 p.m. at Wal Mart in Marietta, GA; a Glock, model 23, .40 caliber pistol for $550, with the transaction scheduled to occur at approximately 4:30 p.m. EDT at Wal Mart in Canton, GA; and a Glock, model 44, .22 caliber pistol with no price

listed, with the transaction scheduled to occur at approximately 7:00 p.m. EDT at Wal Mart in Lithonia, GA.

39. A similar transaction pattern occurred on August 30, 2020.  On August 30, 2020, Gordley sent Lawson $500 with the subject line "deposit for clothing line" at approximately 4:15 p.m. EDT.  At approximately 4:16 p.m. EDT, Lawson sent Williams $526 with no subject line.  Lawson did not have any other Cash App transactions between receiving the $500 from Gordley and sending the $526 to Williams.

    a. Google Voice records showed the Lawson agreed to purchase at Glock, model 26, 9mm caliber pistol for $550, with the transaction scheduled to occur on August 30, 2020, at approximately 4:30 p.m. EDT at Home Depot in Kennesaw, GA.

40. On February 1, 2021, law enforcement executed a state search warrant in Kentucky for a UPS parcel with tracking number 1Z 975 2A0 44 9259 1374.  This parcel had the sender's address as KS Unique Auto, 892 Berne St SE, Atlanta, GA and the recipient as Tyson F, Apt. 88, 5416 Jackson St, North Highlands, CA 95660.  Law enforcement recovered two Glock pistols, two knives, brass knuckles and a flag from this parcel.  Both Glock firearms were lawfully purchased from federal firearms licensees in Georgia.

    a. Gordley is the listed subscriber for Comcast internet service at 5416 Jackson St., Apt. 88, in North Highlands.  This same Comcast account has been used to access the "Jay223" account on The Outdoors Trader over 600 times between November 2020 and April 2021.

    b. I reviewed Postal shipping records for 5416 Jackson St, Apt. 88, North Highlands, California, which showed that from February 20, 2021, through April 20, 2021, this address received a total of four parcels. Each parcel weighed between 2.8125 pounds to 6.5625 pounds, was paid for in cash and sent via USPS Priority Mail from post offices in the Atlanta, Georgia area.  Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms.

c.  I queried the sender, KS Unique Auto 892 Berne St SE, Atlanta, GA, in Accurint and additional open-source internet searches.  These searches noted there was no KS Unique Auto at 892 Berne St SE, Atlanta, GA.  I am aware based on my training, my experience, and conversations with other law enforcement officers that persons who traffic in firearms and other illicit contraband via the US Mail and other common carriers, such as UPS, often will utilize fictitious sender names and addresses, including fictitious businesses, in an effort to conceal the true identity of the sender of such parcels and to remain anonymous to law enforcement.

41. Hoggatt conducted similar financial transactions with Lawson and Williams. For example on May 27, 2021, Hoggatt sent Lawson $500 with no subject line at approximately 11:01 a.m. EDT  At approximately 11:02 a.m. EDT, Lawson sent $500.00 to WILLIAMS with no subject line.

a.  Google Voice records show that Lawson agreed to purchase a Glock, model 27, .40 caliber pistol for $525, with the transaction scheduled to occur on May 27, 2021, at approximately 12:00 p.m. EDT at 5685 Gateway Dr, Alpharetta, GA.

42. On August 2, 2021, Hoggatt sent Lawson $500 via Cash App with no subject line at approximately 3:56 p.m. EDT.  At approximately 3:59 p.m. EDT, Lawson sent Williams $500 with the subject line "merch".

a.  Google Voice records show that Lawson agreed to purchase an unidentified item with no price listed, with the transaction scheduled to occur on August 2, 2021, at approximately 6:45 p.m. EDT at 5065 Stone Mountain Hwy, Stone Mountain, Georgia.  I then reviewed Postal shipping records, which showed that on August 2, 2021, a parcel was mailed from the Akers Mill Post Office in Atlanta, Georgia at approximately 4:37 p.m. EDT.  This parcel, which weighed six pounds and six ounces, was destined for 5701 61st St, Sacramento, CA.  5701 61st St, Sacramento, CA is an address used by the Lawson FTO to receive firearms parcels.

///

*Firearm recovered on Phillips linked to Georgia*

43. On November 29, 2020, Oakland Police Department officers responded to reports of a vehicle collision involving three vehicles.  Officers observed Phillips laying on the sidewalk.  Phillips told officers he crawled from his vehicle to the sidewalk.  Due to the collision, officers requested to tow Phillips' vehicle.  During an inventory of the vehicle, officers located a loaded, FN, Five-Seven, 57 caliber pistol bearing serial number 386377480, on the driver seat floorboard.  This firearm was lawfully purchased from a federal firearms licensee in Georgia on March 5, 2020.

   a. Google Voice records show Lawson agreed to purchase seven FN, Five-Seven, 57 caliber pistols from July 17, 2020, through November 2, 2020.  During that time period, Postal records showed a parcel, mailed on September 16, 2020, from a post office in Decatur, Georgia and destined for 34888 11th St, Apt. 634, Union City, California.  This parcel, weighed five pounds, was paid for in cash and sent USPS Priority Mail.  Based on my participation in the investigation and the previously interdicted parcels containing firearms, parcels with similar characteristics, such as a weight range of two to seven pounds, sent USPS Priority Mail and transactions conducted utilizing cash are consistent with parcels containing firearms

   b. Postal records show this parcel was delivered on September 19, 2020.  I reviewed telephone toll records for Lawson's Cell Phone, which showed approximately four communications with Phillips' Cell Phone on September 19, 2020.  These communications occurred between 5:30 p.m. PDT and 5:45 p.m. PDT.

*Recorded jail calls corroborate the financial records and show how the Lawson FTO operates.*

44. Lawson was incarcerated at the Sacramento County Jail from June 2, 2020, to July 8, 2020, and again from October 10-13, 2020.  I reviewed at least twenty recorded jail calls in which Lawson was a party.  During these calls, Lawson communicated with Hoggatt, Williams, Gordley and other unknown individuals, using coded language to discuss the operations of the Lawson FTO.

45. For example, in a recorded jail call on June 12, 2020, Lawson spoke to Hoggatt and directed Hoggatt to contact Williams. Hoggatt then completed a 3-way call with Williams. Lawson explained to Williams that Hoggatt was Lawson's girl" and that she would be Williams's point of contact. Lawson also said that Hoggatt's birthday gift was a pair of "red bottoms" that Williams had. Lawson told Williams that Hoggatt would contact Williams to discuss logistics. Williams explained he no longer had the "red bottoms" and they were already on the floor. Lawson also explained that Hoggatt would send the "bread" (i.e., money) to Williams, and if Williams needed to communicate with Lawson, he was to contact Hoggatt. After Williams left the call, Lawson directed Hoggatt to call "Tez" and relay that Lawson found out "Tez" received 2 pairs of "J's" that Lawson did not know about. Lawson also directed Hoggatt to ask "Tez" for payment.

    a. Based on my training, experience, conversations with other law enforcement officers, and the context of the conversation, I believe this call indicates that Lawson was telling Williams that Hoggatt was involved in firearms dealing. I know that Lawson commonly uses coded language involving shoes as slang for firearms. I therefore believe that when Lawson said that he had gotten a pair of "red bottoms" for Hoggatt, he was referring to a type of firearm, and when Williams said he no longer had the "red bottoms" because they were on the floor, he was saying that he (Williams) no longer had the firearm. I also believe that Lawson was saying that Williams had shipped the firearm to another individual, because he said that the firearm ("red bottoms") were on the floor. I also believe when Lawson said Hoggatt would send the "bread" (money) to Williams, this meant Hoggatt would send money to Williams so Williams could continue to purchase additional firearms.

46. During a call on June 16, 2020, Lawson provided Williams with the username and password for the "Jay223" account on The Outdoors Trader. Further, Lawson told Williams that he acquired the "shoes" off The Outdoors Trader. I previously reviewed the private messages and account information for the "Jay223" account and did not identify any instances where the "Jay223" account either attempted to purchase or agreed to purchase any actual shoes. Rather, the "Jay223" account primarily purchased firearms and some ammunition on The Outdoors Trader. As such, I believe Lawson's reference to "shoes" refers to firearms. Further, I reviewed IP address

information for the "Jay223" account during the dates of Lawson's incarceration. From June 16, 2020, through July 7, 2020, all the IP logins were from IP addresses assigned to internet service providers in Georgia. After July 8, 2020, the majority of the IP logins were from IP addresses assigned to internet service providers in California.

## REQUEST TO SEAL

47. I request that the Court order that all papers in support of this application, including this affidavit and arrest warrants, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may jeopardize that investigation. Specifically, law enforcement anticipates executing search warrants and arrest warrants for this investigation in the next week. Public disclosure of this investigation would likely cause the individuals identified in this affidavit to destroy evidence, change their patterns of behavior, and flee from law enforcement.

## CONCLUSION

48. Based on the above information, I believe that there is probable cause to believe that Jerrell Lawson, Malek Williams, Aisha Hoggatt, Terrence Phillips, and James Gordley committed the following criminal offenses:

COUNT ONE:        Conspiracy to Unlawfully Deal in Firearms, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 922(a)(1)(A).

COUNT TWO:        Unlawfully Dealing in Firearms, in violation of 18 U.S.C. § 922(a)(1)(A).

COUNT THREE:      Transferring a Firearm to an Out-of-State Resident, in violation of 18 U.S.C. § 922(a)(5).

COUNT FOUR:       Unlawful Mailing of a Firearm, in violation of 18 U.S.C. § 1715.

49. Accordingly, I request that the Court issue the requested criminal complaints and arrest warrants. I swear, under the penalty of perjury, that the

foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Mark Giacomantonio
MARK GIACOMANTONIO
ATF Special Agent

Sworn and Subscribed to me telephonically,
on March 10, 2022,

Hon. JEREMY D. PETERSON
United States Magistrate Judge

Approved as to form:

JUSTIN L. LEE
Assistant United States Attorney

22

## PENALTY SLIP

**United States**

**v.**

**Jerrell Lawson**
**Malek Williams**
**Aisha Hoggatt**
**Terrence Phillips**
**James Gordley**

**COUNT ONE:**   18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Unlawfully Deal in Firearms

Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment

**COUNT TWO:**   18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment

**COUNT THREE:**   18 U.S.C. § 922(a)(5) – Transferring a Firearm to an Out-of-State Resident

Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment

**COUNT FOUR:**   18 U.S.C. § 1715 – Unlawful Mailing of a Firearm

Fine of up to $250,000, and/or
Imprisonment of up to 2 years, or both
Term of Supervised Release of up to 1 year
Mandatory $100 Special Assessment