|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 15, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AISHA HOGGATT,<br><br>　　　　　Defendant. | Case No.  2:22-MJ-00038-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  AISHA HOGGATT ,

Case No.  2:22-MJ-00038-JDP  Charge 18 USC § 371, 922(a)(1)(A), from custody for the following reasons: for the following reasons:

　　　　　_____  Release on Personal Recognizance

　　　　　__X__  Bail Posted in the Sum of $   50,000 (co-signed )

　　　　　　　　__X__  Unsecured Appearance Bond   _____

　　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　　_____  Appearance Bond with Surety

　　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　　_____  (Other):_____.

Issued at Sacramento, California on March 15, 2022 at _2:42_ p.m.

　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney