UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 15, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>AISHA HOGGATT,<br><br>             Defendant. | Case No.  2:22-MJ-00038-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AISHA HOGGATT ,

Case No.  2:22-MJ-00038-JDP   Charge 18 USC § 371, 922(a)(1)(A), from custody

for the following reasons: for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of $   50,000 (co-signed )

            __X__    Unsecured Appearance Bond   _____

            _____    Appearance Bond with 10% Deposit

            _____    Appearance Bond with Surety

            _____    Corporate Surety Bail Bond

            _____    (Other):_____.

Issued at Sacramento, California on March 15, 2022 at _2:42_ p.m.

                              By:    /s/ Carolyn K. Delaney

                                     Magistrate Judge Carolyn K. Delaney